1  EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
   James J. Tamulski (64880)
2  49 Stevenson Street, Suite 400
   San Francisco, CA 94105
3  Telephone: (415) 227-9455
   Facsimile: (415) 227-4255
4  E-Mail: jtamulski@edptlaw.com

5  Attorneys for Petitioner,
   TRANS HOLDING OVERSEAS, S.A.
6

7  RECEIVED DEC 19 2012
   Richard W. Wieking
   Clerk, U.S. District Court
   Northern District of California
   San Jose

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              AT SAN JOSE

11  IN RE: TRANS HOLDING OVERSEAS S.A.     ) Case No. CV 12 80299 MISC
    V. SU WEN WU                            )
12  FEDERAL COURT PROCEEDING                )                           RMW
    NSD 643/2012 BEFORE THE FEDERAL COURT  )                           HRL
13  NEW SOUTH WALES REGISTRY                )

14                          [PROPOSED] ORDER

15         WHEREAS, TRANS HOLDING OVERSEAS S.A. has filed a Petition for an Order

16  pursuant to 28 U.S.C. § 1782, authorizing the issuance of the subpoena (attached to this Order as

17  Exhibit "A") directing Google Inc., a corporation with its principle place of business in this

18  District, to produce documents and information as indicated in the Subpoena or at such other time

19  as may be ordered by this Court or agreed upon in writing by the parties for use in a proceeding

20  before the Federal Court of Australia, New South Wales; and

21         WHEREAS, upon review of the Petition, the supporting Declaration of Drew Scott James

22  and the supporting Memorandum of Law the Court has determined that the requirements of 28

23  U.S.C. § 1782 have been met,

24         IT IS HEREBY ORDERED that the Petition is GRANTED and the issuance of the

25  Subpoena attached to this Order as Exhibit "A" shall issue and be governed by the Federal Rules

26  of Civil Procedure.

27         AND IT IS FURTHER HEREBY ORDERED that Google, Inc. shall preserve the contents

28  of the Gmail email account "snl.shipping@gmail.com, including but not limited to saving or

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

[PROPOSED] ORDER GRANTING PETITION FOR LEAVE TO CONDUCT DISCOVERY
Case No.:

1 capturing the contents in said account, including data or metadata associated with said account and
2 preventing the deletion of any emails, data or metadata associated with said accounts, to allow for
3 appropriate further discovery to be conducted on said account if the Court so orders upon further
4 cause being shown, application s. This

5 AND IT IS FURTHER HEREBY ORDERED that a copy/copies of the Subpoena, this
6 Order, and the Petition, Memorandum of Law and supporting Declaration of Drew Scott James
7 upon which it was issued shall be served by Petitioner within ten (10) business
8 days upon all counsel of record in the Australian Proceedings.

9 AND IT IS FURTHER HEREBY ORDERED that Petitioner shall serve the Subpoena
10 upon Google, Inc. in accordance with the Federal Rules of Civil Procedure, by no later than
11 __February 19__, 201_3_.

12 AND IT IS FURTHER HEREBY ORDERED that objections, if any, to this Order be filed
13 and served upon all counsel of record on or before __March 11__, 201_3_. Should no objections
14 be filed to this Order, Google, Inc. is hereby ordered to produce the documents and information
15 sought by the Petitioner by __March 21__, 2013, by delivering them to counsel for Petitioner.
16 The cost of delivery, if any, to be reimbursed by Petitioner.

17 DATED this __8__ day of __2__ ~~2012~~ 2013

*Ronald M. Whyte* (signature)
UNITED STATES DISTRICT JUDGE

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -

[~~PROPOSED~~] ORDER GRANTING PETITION FOR LEAVE TO CONDUCT DISCOVERY
Case No.: