EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (64880)
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Telephone: (415) 227-9455
Facsimile: (415) 227-4255
E-Mail: jtamulski@edptlaw.com

Attorneys for Petitioner,
TRANS HOLDING OVERSEAS, S.A.

RECEIVED
DEC 19 2012
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AT SAN JOSE

IN RE: TRANS HOLDING OVERSEAS S.A. ) Case No. CV 12 80299 MISC
V. SU WEN WU )
FEDERAL COURT PROCEEDING )
NSD 643/2012 BEFORE THE FEDERAL COURT )
NEW SOUTH WALES REGISTRY )

RMW   HRL

## [PROPOSED] ORDER

WHEREAS, TRANS HOLDING OVERSEAS S.A. has filed a Petition for an Order pursuant to 28 U.S.C. § 1782, authorizing the issuance of the subpoena (attached to this Order as Exhibit "A") directing Google Inc., a corporation with its principle place of business in this District, to produce documents and information as indicated in the Subpoena or at such other time as may be ordered by this Court or agreed upon in writing by the parties for use in a proceeding before the Federal Court of Australia, New South Wales; and

WHEREAS, upon review of the Petition, the supporting Declaration of Drew Scott James and the supporting Memorandum of Law the Court has determined that the requirements of 28 U.S.C. § 1782 have been met,

IT IS HEREBY ORDERED that the Petition is GRANTED and the issuance of the Subpoena attached to this Order as Exhibit "A" shall issue and be governed by the Federal Rules of Civil Procedure.

AND IT IS FURTHER HEREBY ORDERED that Google, Inc. shall preserve the contents of the Gmail email account "snl.shipping@gmail.com, including but not limited to saving or

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 1 -

[PROPOSED] ORDER GRANTING PETITION FOR LEAVE TO CONDUCT DISCOVERY
Case No.:

1  capturing the contents in said account, including data or metadata associated with said account and
2  preventing the deletion of any emails, data or metadata associated with said accounts, to allow for
3  appropriate further discovery to be conducted on said account if the Court so orders upon further
4  cause being shown, application s. This

5  AND IT IS FURTHER HEREBY ORDERED that a copy/copies of the Subpoena, this
6  Order, and the Petition, Memorandum of Law and supporting Declaration of Drew Scott James
7  upon which it was issued shall be served by Petitioner within ten (10) business
8  days upon all counsel of record in the Australian Proceedings.

9  AND IT IS FURTHER HEREBY ORDERED that Petitioner shall serve the Subpoena
10 upon Google, Inc. in accordance with the Federal Rules of Civil Procedure, by no later than
11 __February 19_____, 201_3_.

12 AND IT IS FURTHER HEREBY ORDERED that objections, if any, to this Order be filed
13 and served upon all counsel of record on or before _March 11_, 201_3_. Should no objections
14 be filed to this Order, Google, Inc. is hereby ordered to produce the documents and information
15 sought by the Petitioner by _March 21_, 2013, by delivering them to counsel for Petitioner.
16 The cost of delivery, if any, to be reimbursed by Petitioner.
17 DATED this _8_ day of _2_ ~~2012~~2013

_Ronald M. Whyte_
UNITED STATES DISTRICT JUDGE

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 2 -
[~~PROPOSED~~] ORDER GRANTING PETITION FOR LEAVE TO CONDUCT DISCOVERY
Case No.: